**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-4259**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARLO WHITEOAK ROMANO, a/k/a Lo,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:08-cr-00059-IMK-JSK-1)

Submitted: April 15, 2010                    Decided: May 10, 2010

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lance E. Rollo, Morgantown, West Virginia, for Appellant. Betsy C. Jividen, Acting United States Attorney, Andrew R. Cogar, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arlo Whiteoak Romano appeals the district court's decision to assess a two-level sentencing enhancement pursuant to U.S. Sentencing Guidelines Manual § 3B1.1(c) (2009), based on Romano's status as an organizer, leader, manager, or supervisor of a drug conspiracy. We have reviewed the record and conclude that the evidence of Romano's role in the conspiracy, including supplying drugs to street level dealers, recruiting at least one person into the conspiracy, and managing a substantial amount of drugs and money, supported application of the enhancement. USSG § 3B1.1(c) & comment. (nn. 2, 4). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED